970

No. 593. St. Clair *v.* Yonkers Raceway, Inc., et al. Court of Appeals of New York. Certiorari denied. *J. Clement Johnston* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for State Harness Racing Commission et al.; *Louis Haimoff* for Yonkers Raceway, Inc.; and *Samuel I. Rosenman, George Morton Levy, Sr.,* and *Max Freund* for Roosevelt Raceway, Inc., respondents.

No. 594. Browder *v.* Vance, Secretary of the Army, et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William G. Downey, Jr.* and *Charles D. T. Lennhoff* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for respondents.

No. 611. Nichol *v.* United States. C. A. 7th Cir. Certiorari denied. *Bernard J. Mellman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 613. Ross *v.* United States. C. A. 4th Cir. Certiorari denied. *William. C. Erbecker* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 616. Chicago Metallic Manufacturing Co. *v.* Ekco Products Co., Inc. C. A. 7th Cir. Certiorari denied. *Dugald S. McDougall* for petitioner. *Will Freeman* for respondent.